```
                                              FILED
                                      CLERK, U.S. DISTRICT COURT

                                           AUG 27, 2014

                                      CENTRAL DISTRICT OF CALIFORNIA
                                      BY: _____PG_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, <br> An agency of the United States Government, <br><br> Plaintiff, <br><br> v. <br><br> THE OFFICE SUPPLY PLACE, INC., as plan administrator of the Office Supply Place, Inc. Defined Benefit Plan and Trust, <br><br> Defendant. | ) <br> ) <br> ) <br> ) CV13—04805-SVW (AJW) <br> ) <br> ) <br> ) ~~PROPOSED~~ ORDER AND <br> ) JUDGMENT PURSUANT <br> ) TO THE DEFAULT <br> ) JUDGMENT ORDER ENTERED <br> ) ON JULY 18, 2014 <br> ) <br> ) |

## JUDGMENT

Pursuant to the Default Judgment Order entered in this case on July 18, 2014, judgment is entered for the plaintiff, Pension Benefit Guaranty Corporation, against the Defendant The Office

**PROPOSED JUDGMENT**

Supply Place, Inc., as plan administrator of the Office Supply Place, Inc. Defined Benefit Plan and Trust.

IT IS SO ORDERED:

Dated:  August 27 , 2014

UNITED STATES DISTRICT COURT JUDGE
STEPHEN V. WILSON

Presented by:
ISRAEL GOLDOWITZ, Chief Counsel
KAREN L. MORRIS, Deputy Chief Counsel
STEPHANIE THOMAS, Assistant Chief Counsel
JEAN MARIE BREEN, Attorney
Pension Benefit Guaranty Corporation
Office of the Chief Counsel

DANIELLE L. JABERG, Counsel for ERISA
California State Bar No. 256653
United States Department of Labor

/s/ Jean Marie Breen
JEAN MARIE BREEN
Attorney, Office of the Chief Counsel
Attorneys for the Plaintiff Pension Benefit Guaranty Corporation

**JUDGMENT**